UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| | : | |
| v. | : | Criminal No. 06-784 (JAG) |
| | : | |
| MIRIAM DIAZ | : | ORDER |

This matter having come before the Court upon the application of counsel for defendant Miriam Diaz for an order extending the reporting date for Ms. Diaz to voluntarily surrender to the Bureau of Prisons to October 14, 2008; and for good cause shown

**IT IS** on this 16th day of June, 2008,

**ORDERED** that the date for Miriam Diaz to report and voluntarily surrender to the Bureau of Prisons is hereby extended to October 14, 2008.

HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE